THE PEOPLE OF THE STATE OF NEW YORK ex rel. MICHAEL BURKE, Respondent, v. LEO HART, Appellant.— Motion granted and appeal dismissed, with costs. Present — Hubbs, P. J., Clark, Sears, Crouch and Taylor, JJ.

THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. WACLAW KAMINSKI, Appellant.— Motion granted and appeal dismissed. Present — Hubbs, P. J., Clark, Sears, Crouch and Taylor, JJ.

JESSIE KORN, Respondent, v. WILLIAM A. McCORMICK and Others, Appellants.— Motion granted and appeal dismissed unless the appellants shall file and serve the printed papers on appeal, and printed briefs on appeal herein on or before November 17, 1925. Present — Hubbs, P. J., Clark, Sears, Crouch and Taylor, JJ.

. HELEN GAIK, an Infant, by PAUL GAIK, Her Guardian ad Litem, Respondent, v. WILLIAM A. BARR and Another, Appellants.— Order of dismissal of September 15, 1925 (214 App. Div. 848), vacated and appeal restored to the general calendar of this court. Present — Hubbs, P. J., Clark, Sears, Crouch and Taylor, JJ.

BUFFALO WEAVING AND BELTING COMPANY, Respondent, v. CYCLONE GRATE BAR COMPANY, Appellant.— Appeal dismissed, without costs, upon stipulation filed. Present — Hubbs, P. J., Clark, Sears, Crouch and Taylor, JJ.

DOROTHY ELKES, Appellant, v. SWEN W. NELSON, Respondent.— Appeal dismissed, without costs, upon stipulation filed. Present — Hubbs, P. J., Clark, Sears, Crouch and Taylor, JJ.

JEREMIAH T. CAREY, Individually and as President, etc., Appellant, Impleaded with Others, v. INTERNATIONAL BROTHERHOOD OF PAPER MAKERS and Others, Respondents.— Appeal dismissed, without costs, upon stipulation filed. Present — Hubbs, P. J., Clark, Sears, Crouch and Taylor, JJ.

HARRIET L. SEARCH, Respondent, v. IMMANUEL BAPTIST CHURCH, Appellant.— Order affirmed, with ten dollars costs and disbursements. All concur. Present — Hubbs, P. J., Clark, Sears, Crouch and Taylor, JJ.

MARGELIA MOREAU, Respondent, v. JOHN C. GLAS, Appellant.— Order affirmed, with costs. All concur. Present — Hubbs, P. J., Clark, Sears, Crouch and Taylor, JJ.

ROBERT PATTEN CUT STONE COMPANY, INC., Respondent, v. RICHARD E. JONES and Others, Appellants.— Order reversed, with ten dollars costs and disbursements, and motion granted, with ten dollars costs to abide event, on the ground that the transactions involved herein took place mainly in Onondaga county; that an accounting will be necessary requiring the examination of books and papers in Onondaga county and that the ends of justice demand the change of venue. All concur. Present — Hubbs, P. J., Clark, Sears, Crouch and Taylor, JJ.

TURNER CONSTRUCTION COMPANY, Respondent, v. CHARLES D. SMITH and Others, Defendants, Impleaded with JEPTHA W. BECKER, Appellant.— Order affirmed, with ten dollars costs and disbursements. All concur. Present — Hubbs, P. J., Clark, Sears, Crouch and Taylor, JJ.